# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DIDIER GABRIEL,

    Plaintiff,

v.

IHG MANAGEMENT (MARYLAND) LLC,

    Defendant.

CASE NO. _____

## DEFENDANT'S NOTICE OF REMOVAL

Defendant IHG MANAGEMENT (MARYLAND) LLC, ("Defendant" or "IHG") pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, notices removal of the above-captioned case from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 25-CA-000603. In support of its Notice of Removal, IHG states:

**I.      THE COMPLAINT AND STATE COURT PROCEEDINGS**

1.      On or around January 27, 2025, Plaintiff Didier Gabriel filed a Complaint in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, titled *Didier Gabriel v. IHG Management (Maryland) LLC*, Case No. 25-CA-000603. Plaintiff alleges race/color discrimination and retaliation in violation of the Florida Civil Rights Act ("FCRA") and race discrimination and retaliation in violation of 42 U.S.C. § 1981 ("Section 1981").

316217847v.2

2. On or around February 11, 2025, Plaintiff served IHG with a Summons and a copy of the Complaint by personal service on its registered agent. Copies of the Summons, Plaintiff's Complaint, and all other process, pleadings and orders served on IHG are attached as **Exhibit 1**.

3. IHG's Answer to Plaintiff's Complaint was due on March 3, 2025. On February 28, 2025, IHG filed a Consent Motion for An Extension of Time, requesting a 14-day extension to March 17, 2025 to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Federal Rule of Civil Procedure 81(c), IHG's deadline to Answer will be extended seven (7) days after the filing of this Notice of Removal, on or around March 20, 2025.

4. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) as it is being filed within thirty (30) days after Defendant's receipt of a copy of an initial pleading setting forth the claim or relief upon which this action is based.

A. **FEDERAL QUESTION JURISDICTION**

5. Removal is proper under 28 U.S.C. § 1441(a), which provides that civil actions over which "the district courts of the United States have original jurisdiction" may be removed to the district court "for the district and division embracing the place where such action is pending." This action is removable under 28 U.S.C. § 1441 because it is a civil action over which this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. The requirements of 28 U.S.C.

§ 1331 have been met because in the Complaint, Plaintiff alleges, along with other state law causes of action, violations of Section 1981.

5.  Accordingly, this case is a civil action arising under the laws of the United States over which this Court has original jurisdiction, and, therefore, is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

### B.  VENUE AND ADMINISTRATIVE NOTICE

6.  This action is pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and, therefore, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

7.  Prompt written notice of this Notice of Removal is being sent to Plaintiff through his counsel and to the Clerk of Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, as required by 28 U.S.C. § 1446(d).  A copy of the notice is attached as **Exhibit 2**.

8.  The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support, and its legal contentions are warranted by existing law.  The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase in the cost of litigation.

9.  No previous notice of removal has been filed in this case.

- 4 -

DATED: March 13, 2025                     Respectfully submitted,

                                                                  SEYFARTH SHAW LLP

By: */s/ Alex S. Drummond*
    Alex S. Drummond
    Florida Bar No. 038307
    adrummond@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-705

    Attorneys for Defendant
    IHG Management (Maryland) LLC

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIDIER GABRIEL,

    Plaintiff,

  v.

IHG MANAGEMENT (MARYLAND) LLC,

    Defendant.

CASE NO. _____

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL** on the following attorneys of record via e-mail and U.S. Mail:

Jason S. Remer, Esq.
jremer@rgph.law
REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC
2745 Ponce De Leon Boulevard
Coral Gables, Florida  33134

By: */s/ Alex S. Drummond*_____
    Alex. S. Drummond
    *Counsel for Defendant*

316217847v.2