# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DIDIER GABRIEL,<br><br>    Plaintiff,<br><br>v.<br><br>IHG MANAGEMENT (MARYLAND) LLC,<br><br>    Defendant. | Case No. 8:25-CV-611-TPB-AEP |

## JOINT NOTICE OF SETTLEMENT

Defendant IHG Management (Maryland) LLC, and Plaintiff Didier Gabriel, by their attorneys, hereby provide notice to the Court that they have reached a settlement in principle in the above-captioned action and are working on reducing their agreement to writing in a settlement agreement. The Parties anticipate finalizing the settlement agreement and filing a joint stipulation of dismissal with prejudice within the next 30 days. The Parties request a stay of all deadlines in this action.

**[*Signatures on following page*]**

Dated: September 3, 2025

| | |
|---|---|
| REMER & GEORGES-PIERRE & HOOGERWOERD, PLLC. | SEYFARTH SHAW LLP |
| By: */s/ Jason S. Remer* | By: */s/ Alex S. Drummond* |
| Jason S. Remer | Alex S. Drummond |
| Florida Bar No. 165580 | Florida Bar No. 0038307 |
| jremer@rgph.law | adrummond@seyfarth.com |
| 2745 Ponce de Leon Boulevard | Grayson Moronta |
| Coral Gables, Florida 33134 | Florida Bar No. 1045728 |
| Telephone: (305) 416-5000 | gmoronta@seyfarth.com |
| Facsimile: (305) 416-5005 | 1075 Peachtree Street, N.E. |
| | Suite 2500 |
| *Attorneys for Plaintiff* | Atlanta, Georgia 30309-3958 |
| | Telephone: (404) 881-5467 |
| | Facsimile: (404) 724-1667 |
| | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DIDIER GABRIEL,<br><br>    Plaintiff,<br><br>v.<br><br>IHG MANAGEMENT (MARYLAND) LLC,<br><br>    Defendant. | Case No. 8:25-CV-611-TPB-AEP |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing *JOINT NOTICE OF SETTLEMENT* via ECF, which will automatically send e-mail notification of such filing on all counsel of record.

                                                    */s/ Alex S. Drummond*
                                                    Alex S. Drummond
                                                    Counsel for Defendant