UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIDIER GABRIEL,

    Plaintiff,

v.                                      Case No. 8:25-cv-00611-AEP

IHG MANAGEMENT (MARLYAND), LLC,

    Defendant.
_____/

## **ORDER**

The parties jointly notified the Court that they have reached an agreement on the terms of settlement in this case (Doc. 18). Accordingly, pursuant to Local Rule 3.09(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to reopen the case for entry of a stipulated final order or judgment or for further proceedings. The Clerk is directed to terminate all deadlines and close the case.

DONE AND ORDERED in Tampa, Florida, on this 3rd day of September 2025.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record