# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DIDIER GABRIEL,

    Plaintiff,

v.

IHG MANAGEMENT (MARYLAND) LLC,

    Defendant.

Case No. 8:25-CV-611-TPB-AEP

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), it is stipulated and agreed by and between the respective parties, by and through their undersigned attorneys, that the above case be dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees by it heretofore and herein incurred.

DATE: September 5, 2025

| | |
|---|---|
| REMER & GEORGES-PIERRE & HOOGERWOERD, PLLC. | SEYFARTH SHAW LLP |
| By: */s/ Jason S. Remer*<br>Jason S. Remer<br>Florida Bar No. 165580<br>jremer@rgph.law<br>2745 Ponce de Leon Boulevard<br>Coral Gables, Florida 33134<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br><br>*Attorneys for Plaintiff* | By: */s/ Alex S. Drummond*<br>Alex S. Drummond<br>Florida Bar No. 0038307<br>adrummond@seyfarth.com<br>Grayson Moronta<br>Florida Bar No. 1045728<br>gmoronta@seyfarth.com<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 881-5467<br>Facsimile: (404) 724-1667<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DIDIER GABRIEL,

    Plaintiff,

v.

IHG MANAGEMENT (MARYLAND) LLC,

    Defendant.

Case No. 8:25-CV-611-TPB-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing ***JOINT STIPULATION OF DISMISSAL WITH PREJUDICE*** via ECF, which will automatically send e-mail notification of such filing on all counsel of record.

                                                  */s/ Alex S. Drummond*
                                                Alex S. Drummond
                                                Counsel for Defendant